IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 11 PM 4:41
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16MJ52 |
| | ) | |
| WILLIAM SWORDS | ) | |

## ORDER

In the above styled action, William Swords was arrested in Savannah, Georgia and a bond in the amount of $5,000.00 was posted by Dawn Hanton. The case originated in the Middle District of Georgia, (3:16cr12-03), where an indictment is pending against the defendant.

It is therefore ORDERED that the Clerk of Court transfer the $5,000.00 bond plus all accrued interest to:

> Clerk, U. S. District Court
> Middle District of Georgia
> P. O. Box 1106
> Athens, GA 30601

So Ordered this _11th_ day of August, 2016.

_____
United States Magistrate Judge
Southern District of Georgia